IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-319 |
| vs. | ORDER |
| CAMERON J. STIDD, | |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Leave to Receive Free Transcripts. Filing 64. The defendant claims he is indigent but does not identify any reason for seeking transcripts. Filing 64 at 1. Government-funded transcripts are only available to defendants under certain circumstances: "in criminal proceedings . . . under the Criminal Justice Act (18 U.S.C. 3006A)"; and in "proceedings brought under section 2255" and "other proceedings" only if the Court first certifies that the "suit or appeal is not frivolous." 28 U.S.C. § 753(f).

Here, the defendant is no longer "in criminal proceedings," as his sentence was pronounced in February 2022, and the time to file an appeal is long over.[1] Filing 61 (Judgment). In addition, because there is no indication that the defendant has instituted any "proceedings brought under section 2255" or "other proceedings," the Court cannot "certif[y] that the suit or appeal is not frivolous." Because the defendant's Motion does not indicate why he seeks government-funded transcripts, the Court cannot find that he is entitled to such documents under 28 U.S.C. § 753(f). The defendant may purchase transcripts in accordance with the letter sent to him by the Deputy Clerk on August 14, 2024. Filing 63. Accordingly,

---

[1] The Court further notes that even if the defendant were still "in criminal proceedings," the defendant had retained counsel and would not therefore be eligible for free transcripts under 28 U.S.C. § 753(f).

IT IS ORDERED that the defendant's Motion for Leave to Receive Free Transcripts, Filing 64, is denied without prejudice.

Dated this 10th day of October, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge